954

No. 1299. FLAXMAN, COLEMAN, GORMAN & ROSOFF *v.* CHEEK, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Jerome Weber* for petitioner. *Victor R. Hansen* for respondent.

No. 731, Misc. SILVA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Roland K. Hall,* Deputy Attorney General, for respondent.

No. 919, Misc. WALLACE *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Daniel J. Kremer,* Deputy Attorney General, for respondent.

No. 928, Misc. FALLIS *v.* UNITED STATES PENITENTIARY AT LEWISBURG, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *Gerald P. Choppin* for respondents.

No. 1030, Misc. MCINTOSH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1135, Misc. DAEGELE *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth* and *Daniel D. Metz,* Assistant Attorneys General, for respondent.